

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVO DESIGN, INC., a Florida corporation;
STEVEN BUDIN, an individual; and ALAN
ROLLI, an individual

        Plaintiffs,

v.

Case No.: 2:11-cv-00304-LRH-GWF

SBR MARKETING LTD., a foreign
corporation; and BRIAN DANIELE, an
individual,

        Defendants
_____/

## DEFENDANT BRIAN DANIELE'S ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW the Defendant Brian Daniele by and through the undersigned counsel and files this as his Answer to the Amended Complaint in the above styled cause. As grounds therefore it is alleged:

1. This Defendant admits the allegations in the following paragraphs:

194-196, 198-199, 202-203, 205-217, 220-223, 225

2. This Defendant is without knowledge of the allegations in the following paragraphs and therefore denies same:

61-180, 190, 197, 200, 224, 226-230, 237-627, 629-636, 638, 640, 642, 644-649, 651-656, 658, 660, 662, 664, 666-678, 680, 682, 684, 686, 688-693, 694-700, 702, 704, 706, 708, 710-913, 916, 918-927, 933-945, 951-

    957, 959-963, 969, 971-1046, 1048-1049, 1051-1062, 1064-1067, 1069-1071, 1073-1076, 1078-1079, 1081-1084.

3. The allegations in the following paragraphs are denied:

    189, 191-193, 201, 204, 218, 219, 231-236, 637, 639, 641, 643, 657, 659, 661, 663, 665, 679, 681, 683, 685, 687, 701, 703, 705, 707, 709, 915, 917, 928-932, 946-950, 964-968, 970, 1068, 1077, 1080

4. Any and all allegations not specifically admitted are therefore denied.

5. Affirmatively defending the Defendant, without admitting fault, withdraws and retracts those allegations attributable to him to the extent that proof demonstrates he made those statements.

6. Affirmatively defending it is alleged, to the extent that any statements were made by him, to the extent proven, that Plaintiff's claim fails because there was no demand for retraction.

7. Affirmatively defending it is alleged that to the extent proof demonstrates statements were made by this Defendant those statements were permissible under the First amendment right to Free Speech.

8. Affirmatively defending it is alleged that any statements proof demonstrates were made by this Defendant were permissible statements of opinion and not actionable as knowingly made false statements.

9. Affirmatively defending it is alleged that the Plaintiff's Complaint is retaliatory against anyone and everyone who may contradict him and are couched to intimidate this Defendant.

10. Further affirmatively defending it is alleged that the allegations in the

Complaint are not true and accurate and were not properly investigated and therefore violate Federal Rule of Civil Procedure 11.

11.  Further affirmatively answering it is alleged that this Defendant is not an attorney, is not familiar with law and is not aware as to whether his conduct did violate or may have violated any of the law recited by the Plaintiff.

12.  Further affirmatively defending it is alleged that the Court does not have jurisdiction over the person and subject matter hereto as the Defendant has not conducted himself in the State of Nevada.

13.  Further defending it is alleged that this Defendant has not and does not conduct business in Nevada or Florida. He does not maintain a business in Nevada or Florida and therefore neither Nevada nor Florida law should apply.

Wherefore this Defendant prays that the Court dismiss the above styled cause with prejudice. The Defendant further prays hardship and indigency and prays the Court allow him to attend any hearing or proceeding by telephone.

I HEREBY CERTIFY that true and correct copies of the foregoing were furnished via facsimile and U.S. Mail, this 29th day of April, 2011 to: Dickinson Wright, PLLC, 7201 West Lake Mead Blvd., Ste. 503, Las Vegas, Nevada 89128.

BRIAN DANIELE  
Appearing Pro Se  
7002 Braddock Mews Place  
Springfield, VA 22151





**From:** Brian Daniele
7002 Braddock Mews Pl.
Springfield, VA. 22151

**TO**
Bruce R. Thompson U.S. Courthouse
400 S. Virginia Street
Reno, NV. 89501

7010 3090 0000 7911 9184

POSTAGE PAID
ANNANDALE, VA
22003
APR 29, 11
AMOUNT
$7.80
00056329-05

89501

EP14F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.