UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVO DESIGN, INC., a Florida corporation, )
STEVEN BUDIN and ALAN ROLLI, )
                                    )
              Plaintiffs, )     Case No.  2:11-cv-00304-LRH-GWF
                                    )
vs. )     **ORDER**
                                    )
SBR MARKETING LTD., a foreign corporation, )
and BRIAN DANIELE, )
                                    )
              Defendants. )

This matter is before the Court on Defendant Brian Daniele's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On May 16, 2011, the Court ordered that Defendant file a Certificate as to Interested Parties as required by LR 7.1-1 on or before May 26, 2011 (Order #14). To date, Defendant has failed to comply. Accordingly,

**IT IS ORDERED** that Defendant Brian Daniele file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **June 20, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 10th day of June, 2011.

                                                                        _____
                                                                        GEORGE FOLEY, JR.
                                                                        United States Magistrate Judge