# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVO DESIGN, INC., a Florida corporation,
STEVEN BUDIN and ALAN ROLLI,

        Plaintiffs,

vs.

SBR MARKETING LTD., a foreign corporation,
and BRIAN DANIELE,

        Defendants.

Case No. 2:11-cv-00304-LRH-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Amended Complaint (#7) in this matter was filed April 6, 2011. Defendant Brian Daniele filed his Answer (#12) May 2, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 1, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 21st day of June, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge