# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVO DESIGN, INC., ) | |
|         Plaintiff, ) | Case No.  2:11-cv-00304-LRH-CWH |
| vs. ) | **ORDER** |
| SBR MARKETING LTD., ) | |
|         Defendant. ) | |

      This matter is before the Court on Defendant's Motion to Substitute Attorney (#81), filed September 12, 2013.  After review, the Court finds that the motion complies with the requirements of Local Rule IA 10-6(c).  Substituting counsel shall file his verified petition pursuant to Local Rule IA 10-2 by September 19, 2013.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Substitute Attorney (#81) is **granted**.

      **IT IS FURTHER ORDERED** that attorney Christopher R. Royce of the Royce Law Firm, PLC shall file his verified petition pursuant to Local Rule IA 10-2 by September 19, 2013.

      DATED:  September 16, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**